City of Chicago, appellee, v. Thomas Murgatroyd, appellant. Gen. No. 34,785.

# 632

Opinion filed May 19, 1931.

Frances E. Spooner, for appellant. Samuel A. Ettelson, Corporation Counsel and Frank Peska, Prosecuting Attorney, for appellee; David H. Brill, of counsel.

Mr. Justice Kerner delivered the opinion of the court.